No. 99-1367. ABBOTT ET AL. v. MEDGAR EVERS HOUSES ASSOCIATES, L. P., ET AL. C. A. 2d Cir. Certiorari denied.

No. 99-1370. NEW YORK ET AL. v. YONKERS BOARD OF EDUCATION ET AL. C. A. 2d Cir. Certiorari denied.

No. 99-1439. ANDEREGG v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 99-1526. UNIVERSITY OF COLORADO FOUNDATION, INC., ET AL. v. AMERICAN CYANAMID CO. C. A. Fed. Cir. Certiorari denied.

No. 99-1537. BORDEN, INC., ET AL. v. MORTON'S MARKET, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 99-1538. TARANTO, DBA TUNDRA TAXI v. NORTH SLOPE BOROUGH. Sup. Ct. Alaska. Certiorari denied.

No. 99-1545. GONZALES ET UX., INDIVIDUALLY AND AS PERSONAL REPRESENTATIVES OF THE ESTATE OF GONZALES, DECEASED v. CITY OF KERRVILLE ET AL. C. A. 5th Cir. Certiorari denied.

No. 99-1546. LAKE CHARLES STEVEDORES, INC. v. PROFESSOR VLADIMIR POPOV MV IN REM. C. A. 5th Cir. Certiorari denied.

No. 99-1561. OLIVER ET VIR v. SAHA ET AL. Ct. App. Ky. Certiorari denied.

No. 99-1569. DAVIS v. HANOVER INSURANCE CO. App. Ct. Mass. Certiorari denied.

No. 99-1588. STANTON v. DISTRICT OF COLUMBIA COURT OF APPEALS. C. A. D. C. Cir. Certiorari denied.

No. 99-1599. HOPPER ET AL. v. ROBINSON, ADMINISTRATOR OF THE ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION OF ILLINOIS. Sup. Ct. Ill. Certiorari denied.